## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**YELENA BIRD, et al.,**

       **Plaintiffs,**

**v.**                   **Civ. 08-0851 BB/LAM**

**REGENTS OF NEW MEXICO STATE**
**UNIVERSITY, et al.**

       **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 51*)

    **THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' Proposed Findings and Recommended Disposition (hereinafter "PF&RD") (*Doc. 51*), filed on February 25, 2009.  No party has filed objections to the PF&RD and the deadline for filing objections has passed.  The Court has determined that it will adopt the PF&RD and deny Plaintiff Freedom Cheteni's Motion for Emergency Injunctive Relief (*Doc. 25*) with prejudice as to Defendant Olsen and without prejudice as to all Defendants except Defendant Olsen.

    **IT IS THEREFORE ORDERED** that the Magistrate Judge's  Proposed Findings and Recommended Disposition (hereinafter "PF&RD") (*Doc. 51*) are **ADOPTED**, Plaintiff Freedom Cheteni's Motion for Emergency Injunctive Relief (*Doc. 25*) is **DENIED with prejudice** as to Defendant Olsen and **without prejudice** as to all Defendants except Defendant Olsen.

    **IT IS SO ORDERED.**

_____
**HONORABLE BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**