IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**YELENA BIRD, et al.,**

      **Plaintiffs,**

**v.**                         **Civ. 08-0851 BB/LAM**

**REGENTS OF NEW MEXICO STATE UNIVERSITY, et al.**

      **Defendants.**

## ORDER GRANTING *PARTIES' JOINT MOTION TO EXTEND DISCOVERY PERIOD (Doc. 179)*

**THIS MATTER** is before the Court on the *Parties' Joint Motion to Extend Discovery Period (Doc. 179)*, filed March 25, 2010, wherein the parties ask the Court to extend their discovery deadline from May 3, 2010 to June 5, 2010. As cause, the parties state that because of the number of parties and law firms involved, and because some of the witnesses and parties no longer reside in New Mexico or in the United States, "[c]oordinating the deposition and travel schedules of all parties involved [in this case] has been a challenge." *Id.* at 1. The parties state that they anticipate completing the remaining depositions during the month of May. *Id.* 2. The Court notes that the parties have not asked for an extension of the May 24, 2010 deadline for motions relating to discovery, which falls before the date requested for the termination of discovery. Having considered the motion and the record of the case, the Court **FINDS** that the motion is well-taken and should be **GRANTED,** and that the discovery deadline shall be extended to **June 5, 2010**. Furthermore, the Court also **FINDS** that the deadline for motions relating to discovery shall also be extended to **June 7, 2010**.

**IT IS THEREFORE ORDERED** that the *Parties' Joint Motion to Extend Discovery Period (Doc. 179)* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the *Order Adopting Joint Status Report and Provisional Discovery Plan With Changes and Setting Case Management Deadlines (Doc. 117)* and *Scheduling Order (Doc. 119)* are amended to extend the termination of discovery to **June 5, 2010** and the deadline for motions relating to discovery to **June 7, 2010**.

*The foregoing deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional circumstances for extension. All other deadlines set forth in the Order Adopting Joint Status Report and Provisional Discovery Plan With Changes and Setting Case Management Deadlines (Doc. 117) and Scheduling Order (Doc. 119) will remain in effect and are not extended.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**