IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**YELENA BIRD, et al.,**

      **Plaintiffs,**

v.                                     Civ. 08-0851 BB/LAM

**REGENTS OF NEW MEXICO STATE UNIVERSITY, et al.**

      **Defendants.**

## ORDER GRANTING IN PART AND DENYING IN PART *PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' COMPLETE ANSWER TO PLAINTIFFS' INTERROGATORY NO. 2 AND FOR SANCTIONS (Doc. 214)*

**THIS MATTER** is before the Court on *Plaintiffs' Motion to Compel Defendants' Complete Answer to Plaintiffs' Interrogatory No. 2 and for Sanctions (Doc. 214)* (hereinafter "*Motion to Compel*"), filed May 21, 2010. On May 25, 2010, the Court held an in-person hearing on the motion at which counsel for all parties appeared. Having considered the motion, the parties' statements at the hearing, and the relevant law, the Court **FINDS** that *Plaintiffs' Motion to Compel Defendants' Complete Answer to Plaintiffs' Interrogatory No. 2 and for Sanctions (Doc. 214)* shall be **GRANTED in part** and **DENIED in part**.

**IT IS THEREFORE ORDERED** that *Plaintiffs' Motion to Compel Defendants' Complete Answer to Plaintiffs' Interrogatory No. 2 and for Sanctions (Doc. 214)* is **GRANTED in part** and **DENIED in part** as follows:

1. Defendants shall produce the salaries for Defendant Olsen and Jeffrey Brandon from 2005 to the present **by 5:00 p.m. Wednesday, May 26, 2010**; and

2. The Court will not impose sanctions on Defendants.

**IT IS SO ORDERED.**

                                             _____
                                             **LOURDES A. MARTÍNEZ**
                                             **UNITED STATES MAGISTRATE JUDGE**