IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**YELENA BIRD, et al.,**

      Plaintiffs,

v.                               Civ. 08-0851 BB/LAM

**REGENTS OF NEW MEXICO STATE UNIVERSITY, et al.**

      Defendants.

## BRIEFING SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte* regarding notice by counsel for New Mexico State University Defendants that he plans to file a motion based on qualified immunity regarding claims against Mr. Zimmerman, who was recently added as a defendant (*see **Memorandum Opinion and Order** (Doc. 340)*), and pursuant to discussion with counsel at the January 18, 2011 status conference regarding setting deadlines for this motion (***Clerk's Minutes** (Doc. 351)*).

**IT IS THEREFORE ORDERED** that counsel for New Mexico State University Defendants may file a motion based on qualified immunity for Mr. Zimmerman **no later than Friday, January 28, 2011**;

**IT IS FURTHER ORDERED** that a response to the motion related to qualified immunity for Mr. Zimmerman may be filed **no later than Monday, February 14, 2011**;

**IT IS FURTHER ORDERED** that a reply to the motion related to qualified immunity for Mr. Zimmerman may be filed **no later than Thursday, March 3, 2011**.

      IT IS SO ORDERED.

                                              *Lourdes A. Martinez*
                                        **LOURDES A. MARTINEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**